UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON BERRIOCHOA, | No. C 08-04292 JCS |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| ENCORE RECEIVABLE MANAGEMENT, | |
| Defendant(s). | |

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on December 19, 2008, at 1:30 p.m., before this Court in the above-entitled case. Plaintiff was not present. Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff appear on **January 30, 2009, at 1:30 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on December 19, 2009, and for failure to prosecute this action. A case management conference is also scheduled for **January 30, 2009**, **at 1:30 p.m.**

IT IS SO ORDERED.

Dated: January 5, 2009

JOSEPH C. SPERO
United States Magistrate Judge