1  DAVID J. KAMINSKI. (State Bar No. 128509)
   CARLSON & MESSER LLP
2  5959 W. Century Boulevard, Suite 1214
   Los Angeles, California 90045
3  (310) 242-2200 Telephone
   (310) 242-2222 Facsimile
4  kaminskid@cmtlaw.com

5  Attorneys for Defendant, ENCORE RECEIVABLE
   MANAGEMENT, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SIMON BERRIOCHOA, | ) | CASE NO. C08-4292 JCS |
| Plaintiff, | ) ) | **STIPULATION BETWEEN PLAINTIFF AND DEFENDANT ENCORE** |
| vs. | ) ) | **RECEIVABLE MANAGEMENT, INC. TO SET ASIDE DEFAULT; ORDER** |
| ENCORE RECEIVABLE MANAGEMENT, INC., | ) ) ) | |
| Defendant. | ) | |

It is hereby stipulated between Plaintiff, Simon Berriochoa, through his counsel of record, Krohn & Moss Ltd., and by Defendant, Encore Receivable Management, Inc., through its counsel Carlson & Messer LLP, as follows:

1. On or about December 12, 2008, Plaintiffs filed an "Application for Entry of Default" against Defendant, Encore Receivable Management, Inc. On or about December 15, 2008, the United States District Court for the Northern District of California entered Default against Defendant, Encore Receivable Management, Inc.

2. The parties stipulate and agree that there is good cause to set aside the default in the captioned matter because it resulted from mistake, inadvertence or excusable neglect on the part of Encore Receivable Management, Inc. As a result, Encore Receivable Management, Inc. did not respond to the complaint and became aware of the mistake only recently.

3.   Since that time, Encore Receivable Management, Inc. and counsel for Plaintiff have been working to try to resolve this matter, and settlement negotiations are ongoing.

4.   Pursuant to agreement by the parties and based upon good cause, the subject Default should be set aside, and Defendant, Encore Receivable Management, Inc., shall be permitted to respond to the Complaint on file herein so that the case can be resolved on the merits.

Dated: December ___, 2008

Respectfully submitted,

By  /s/ Nicholas J. Bontrager
Nicholas J. Bontrager
KROHN & MOSS, LTD.
Attorneys for Plaintiff,
SIMON BERRIOCHOA

DATED: December 23, 2008

Respectfully submitted,

By  /s/ David J. Kaminski
David J. Kaminski
Michael P. Lavigne
CARLSON & MESSER LLP
Attorneys for Defendant,
ENCORE RECEIVABLE MANAGEMENT, INC.

**IT IS SO ORDERED:**

Dated: Jan. 5, 2009

By: _____
United States Judge Joseph C. Spero

05815.00/149919

STIPULATION TO SET ASIDE ENTRY OF DEFAULT; ORDER

2