1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SIMON BERRIOCHOA,                                  Case No.  C08-04292 JCS

        Plaintiff(s),

    v.                                         **ORDER EXPUNGING ORDER TO**
                                            **SHOW CAUSE [Docket No. 13]**

ENCORE RECEIVABLE MANAGEMENT,

        Defendant(s).
_____/

      On January 5, 2009, this Court issued an Order to Show Cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on December 19, 2009, and for failure to prosecute this action.

      In light of this action being reassigned to Judge Jeffrey S. White, the Order to Show Cause is EXPUNGED.

      IT IS SO ORDERED.

Dated:  January 27, 2009

                                        _____
                                      JOSEPH C. SPERO
                                      United States Magistrate Judge