Nicholas Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10635 Santa Monica Blvd. Suite 170
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT,
## NORTHERN DISTRICT OF CALIFORNIA- SAN FRANCISCO DIVISION

| | |
|---|---|
| SIMON BERRIOCHOA, | ) Case No.: 3:08-cv-04292- JCS |
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
| vs. | ) AND ORDER THEREON |
| ENCORE RECEIVABLE MANAGEMENT, INC., | ) |
| Defendant. | ) |

NOW COMES the Plaintiff, SIMON BERRIOCHOA, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED: March 3, 2009          KROHN & MOSS, LTD.


By: /s/ Nicholas Bontrager              _

Nicholas Bontrager
Attorney for Plaintiff

The Court already has continued the case management conerence until April 24, 2009.  If a dismissal is filed before that date, the conference will be vacated.  (See Docket No. 28.)

March 3, 2009

*Jeffrey S. White*

- 1 -

Notice of Settlement