1  DAVID J. KAMINSKI. (State Bar No. 128509)
   MICHAEL P. LAVIGNE (State Bar No. 216538)
2  CARLSON & MESSER LLP
   5959 W. Century Boulevard, Suite 1214
3  Los Angeles, California 90045
   (310) 242-2200 Telephone
4  (310) 242-2222 Facsimile
   kaminskid@cmtlaw.com
5
   Attorneys for Defendant, ENCORE RECEIVABLE
6  MANAGEMENT, INC.

7

8

9                    UNITED STATES DISTRICT COURT

10                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

11 SIMON BERRIOCHOA,              )   CASE NO. C08-4292 JSW
                                  )
12              Plaintiff,        )   **JOINT MOTION TO DISMISS ENTIRE**
                                  )   **ACTION AND ORDER THEREON**
13      vs.                       )
                                  )
14 ENCORE RECEIVABLE              )
   MANAGEMENT, INC.,              )
15                                )
                Defendant.        )
16 _____)

17

18

19

20 TO THE HONORABLE COURT, TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE

21 COUNSEL OF RECORD:

22      **PLEASE TAKE NOTICE** that Plaintiff SIMON BERRIOCHOA and Defendant

23 ENCORE RECEIVABLE MANAGEMENT, INC. hereby jointly file this Motion to Dismiss the

24 above-entitled action, in its entirety, with prejudice. The parties have settled the above-entitled

25 action in its entirety.

26 / / /

27 / / /

28 / / /

05839.00/153233                                             JOINT MOTION TO DISMISS ENTRE
                                                                    ACTION; ORDER
                                   1

1  The parties acknowledge that settlement is complete, and that the action may be dismissed
2  with prejudice forthwith.
3  Dated: April 22, 2009                             Respectfully submitted,
4
5                                          By    /s/ Nicholas J. Bontrager
                                                 Nicholas J. Bontrager
6                                                KROHN & MOSS, LTD.
                                                 Attorneys for Plaintiff,
7                                                SIMON BERRIOCHOA
8  Dated:  April 22, 2009                          Respectfully submitted,
9
10
11                                         By    /s/ David J. Kaminski
                                                 David J. Kaminski
                                                 Michael P. Lavigne
12                                               CARLSON & MESSER LLP
                                                 Attorneys for Defendant,
13                                               ENCORE RECEIVABLE MANAGEMENT,
                                                 INC.
14

15                                  **ORDER**
16  The Court has reviewed the joint motion to dismiss with prejudice the entire action.
17  Pursuant to the joint motion of the parties, the Court orders as follows:
18  That the entire action filed by Plaintiff SIMON BERRIOCHOA is hereby dismissed, with
19  prejudice, pursuant to FRCP 41(a)(1).
20                             **IT IS SO ORDERED:**
21
22
23
24  Dated: April 23, 2009                    By:  /s/ Jeffrey S. White
                                                 United States District Judge
25
26
27
28

05839.00/153233                                                    JOINT MOTION TO DISMISS ENTRE
                                                                          ACTION; ORDER
                                     2